IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE OSTRANDER, | ) | |
| *as representative of a class of similarly* | ) | |
| *situated persons and on behalf of the* | ) | |
| *DST SYSTEMS, INC. 401(K) PROFIT* | ) | |
| *SHARING PLAN,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.    4:17-CV-00747-BCW |
| | ) | |
| DST SYSTEMS, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

  X   **Decision by Court.**  The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, Defendant DST's Motion to Dismiss (Doc. #23) is GRANTED pursuant to the first-filed rule. It is further

ORDERED Defendant Ruane's Motion to Dismiss (Doc. #26) is GRANTED pursuant to the first-filed rule. It is further

ORDERED this matter is DISMISSED WITHOUT PREJUDICE, consistent with the order entered by the Honorable Brian C. Wimes this date.

AT THE DIRECTION OF THE COURT

| | |
|---|---|
| February 2, 2018 | /s/Paige Wymore-Wynn |
| Dated | Court Executive |
| | |
| February 2, 2018 | By: Joella Baldwin |
| Entered | Deputy Clerk |